**Bryan Bradley McCARTY, Appellant,**

v.

**Lisa Janette McCARTY, Respondent.**

**No. ED 98771.**

Missouri Court of Appeals,
Eastern District,
Division One.

April 16, 2013.

Christina L. Kime, Piedmont, MO, for appellant.

Terry R. Rottler, St. Genevieve, MO, for respondent.

Before CLIFFORD H. AHRENS, P.J., SHERRI B. SULLIVAN, J., and GLENN A. NORTON, J.

## ORDER

PER CURIAM.

Bryan McCarty appeals the trial court's judgment awarding certain property deemed marital property to Lisa McCarty, n/k/a Lisa Cole. We affirm.

We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment of the trial court is affirmed in accordance with Rule 84.16(b).